**B1 (Official Form 1)  (4/10)**

| United States Bankruptcy Court<br>District of Colorado | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Smith Dairy** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **84-0480980** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**6545 County Road 33**<br>**Yuma, CO**<br>ZIPCODE **80759-7833** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Yuma** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |

| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE |
|---|

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

_____

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

---

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Smith Dairy** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:**None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.  X _____  Signature of Attorney for Debtor(s)                         Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)                                                                                              Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Smith Dairy** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only **one** box.) |
| | ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). | ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | |
| X _____ | X _____ |
| Signature of Debtor | Signature of Foreign Representative |
| X _____ | _____ |
| Signature of Joint Debtor | Printed Name of Foreign Representative |
| _____ | _____ |
| Telephone Number (If not represented by attorney) | Date |
| _____ | |
| Date | |

| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X */s/ Jeffrey A. Weinman* | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. |
| Signature of Attorney for Debtor(s) | |
| **Jeffrey A. Weinman 7605** | |
| **Weinman & Associates, P.C.** | |
| **730 17th Street Suite 240** | |
| **Denver, CO  80202** | |
| **(303) 572-1010  Fax: (303) 572-1011** | |
| **jweinman@epitrustee.com** | |
| | _____ |
| | Printed Name and title, if any,  of Bankruptcy Petition Preparer |
| | _____ |
| | Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **July  2, 2010** | _____ |
| Date | Address |
| \*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | _____ |

| **Signature of Debtor (Corporation/Partnership)** | X _____ |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. | Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. |
| The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. | _____ |
| | Date |
| X */s/ Roy E. Smith* | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| Signature of Authorized Individual | |
| **Roy E. Smith** | |
| Printed Name of Authorized Individual | |
| **Partner** | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. |
| Title of Authorized Individual | |
| **July  2, 2010** | *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| Date | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                    Case No. _____

Smith Dairy _____    Chapter **11** _____
                          Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **July  2, 2010** _____    Signature: ***/s/ Roy E. Smith*** _____
                                                         **Roy E. Smith, Partner**                        Debtor


Date: _____    Signature: _____
                                                                                      Joint Debtor, if any

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Ace Quality Farm & Ranch Center
P.O. Box 185
700 E 8th Ave
Yuma, CO  80759


Agland
P.O. Box 338
260 Factory Rd
Eaton, CO  80615-3481


AGPROfessionals, LLC
4351 State Highway 66
Longmont, CO  80504


Alco
502 E 8th Ave
Yuma, CO  80759-2140


ALD Automotive
P.O. Box 241
801 W Beatty Ave
Yuma, CO  80759-1026


All Star Genetics
Attn:  John Billing
1440 S Gaylord St
Denver, CO  80210-2341


Andrews Welding And Steel
7817 County Road 39
Yuma, CO  80759-9019


Art Guttersen
23691 Highway 263
Greeley, CO  80631-9719

Brophy Accounty, LLC
1635 Foxtrail Dr
Loveland, CO  80538-9086


Car Quest
PO Box 263
Yuma, CO  80759-0263


CenturyLink
PO Box 4300
Carol Stream, IL  60197-4300


Citi
P.O. Box 6401
The Lakes, NV  88901-6401


CNH Capital
Dept. Ch 10460
Palatine, IL  60055-0001


Colorado Beef Council Authority
Dept. 127
Denver, CO  80291-0001


Colorado Casuality
PO Box 85627
San Diego, CA  92186-5627


Colorado Community Bank
Attn:  Bill Bowlds
615 W 8th Ave
Yuma, CO  80759-2648

```
Colorado Community Bank
Attn:  Bill Bowlds
10 Angove St
Johnstown, CO  80534-7803


Colorado Department Of Revenue
1375 Sherman St
Denver, CO  80203-2246


Country Well & Pump LLC
PO Box 421
Yuma, CO  80759-0421


Dairy Farmers Of America
10220 N Ambassador Dr
Kansas City, MO  64153-1367


Dischner, Damon And Marylu Smith
310 S Buffalo St
Yuma, CO  80759-2016


Express Toll Service Center
PO Box 5460
Denver, CO  80217-5460


Farm Plan
PO Box 5328
Madison, WI  53705-0328


Farmers Implement Company Inc.
PO Box 183
Yuma, CO  80759-0183
```

```
Harsh International Inc.
Sales Dept.
600 Oak Ave
Eaton, CO   80615-3404


Hoch Lumber Company
100 S Main St
Yuma, CO   80759-1914


I.B.A. Dairy Depot
1461 43rd St Unit 1
Evans, CO   80620-3219


Internal Revenue Service
Ogden, UT   84201


Internal Revenue Service
Special Procedures
1999 Broadway # 6610DEN
Denver, CO   80202-3025


Ison Oil Company
33753 US Highway 34
Otis, CO   80743-9532


J.D. Heiskell
20010 Manderson St Ste A
Elkhorn, NE   68022-1264


JD's Barn
5413 Highway 34
Sedgwick, CO   80749
```

Ken Fiscus
25867 County Road 12 Ste 1
Sterling, CO  80751-8951


Lammey Cattle Company
5078 County Road 33
Yuma, CO  80759-9206


M&M Cooperative
P.O. Box 184
101 S Detroit St
Yuma, CO  80759


Mason Ranch
13023 Cr 11
Merino, CO  80741


Mountain View Farms
6875 N County Road 9
Loveland, CO  80538-1334


MT Farms
PO Box 94
Cope, CO  80812-0094


MV Equipment
704 E. 8th Avenue
PO Box 246
Yuma, CO  80759-0246


Northeastern Junior College
100 College Ave
Sterling, CO  80751-2345

NPN, Inc.
PO Box 434
Wray, CO  80758-0434


Nutri-Counsel, Ltd.
PO Box 46397
Madison, WI  53744-6397


Office Depot #0508
P.O. Box 689020
Des Moines, IA  50368-9020


Pabst & Milano
P.O. Box 607
203 Clayton St
Brush, CO  80723-2103


Pinnacol Assurance
Dept 500
Denver, CO  80281-0500


Pro Disposal
38274 County Road D # 40
Yuma, CO  80759


Quality Irrigation & Construction
3900 W. Highway 34
PO Box 420
Yuma, CO  80759-0420


Roy E. Smith
6545 County Road 33
Yuma, CO  80759-7833

Sam's Club
PO Box 9001907
Louisville, KY  40290-1907


Seedorf Implement
704 W 8th Ave
Yuma, CO  80759-2647


Sherrilu Smith
6545 County Road 33
Yuma, CO  80759-7833


Smith, Richard And Barbara
4194 County Road 30
Yuma, CO  80759-9204


Smith, Roy and Sherrilu
6545 County Road 33
Yuma, CO  80759-7833


SourceGas Distribution LLC
PO Box 660474
Dallas, TX  75266-0474


South Platte Vet Supply
136 Right of Way Rd
Sterling, CO  80751-8461


TJS Yards, LLC
27563 Highway 63
Akron, CO  80720-9135

Tom Parks DVM
5056 Old Post Rd
Yuma, CO  80759-9309


Tri-State Land, Inc.
PO Box 100
Haigler, NE  69030-0100


Twin Forks Clinic
PO Box 363
Wray, CO  80758-0363


Twiss And Wilson Drilling, Inc.
36611 Highway 385
Yuma, CO  80759


Viaero
PO Box 339
Fort Morgan, CO  80701-0339


W.B. Paynter, P.C.
117 Main St.
PO Box A
Akron, CO  80720-0210


Xerox Capital Services, LLC
PO Box 7405
Pasadena, CA  91109-7405


Y-W Electric
PO Box Y
Akron, CO  80720-0570

Y-W Well Testing Assoc.
30341 US Highway 34 Ste 2
Wray, CO  80758-1934


Yuma County Auto Supply
309 S Main St
Yuma, CO  80759-2431


Yuma County Treasurer
310 Ash St Ste C
Wray, CO  80758-1850