B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Colorado

**IN RE:**                                                           Case No. _____

**Smith Dairy**                                              Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Mountain View Farms**<br>6875 N County Road 9<br>Loveland, CO 80538-1334 | | | | 42,912.89 |
| **Farm Plan**<br>PO Box 5328<br>Madison, WI 53705-0328 | | | | 34,536.38 |
| **Dairy Farmers Of America**<br>10220 N Ambassador Dr<br>Kansas City, MO 64153-1367 | | | | 30,000.00 |
| **Agland**<br>P.O. Box 338<br>260 Factory Rd<br>Eaton, CO 80615-3481 | | | | 22,304.60 |
| **Smith, Richard And Barbara**<br>4194 County Road 30<br>Yuma, CO 80759-9204 | | | | 14,534.80 |
| **JD's Barn**<br>5413 Highway 34<br>Sedgwick, CO 80749 | | | | 14,490.01 |
| **MT Farms**<br>PO Box 94<br>Cope, CO 80812-0094 | | | | 14,060.00 |
| **Colorado Casuality**<br>PO Box 85627<br>San Diego, CA 92186-5627 | | | | 13,253.00 |
| **CNH Capital**<br>Dept. Ch 10460<br>Palatine, IL 60055-0001 | | | | 12,585.08 |
| **MV Equipment**<br>704 E. 8th Avenue<br>PO Box 246<br>Yuma, CO 80759-0246 | | | | 10,745.90 |
| **NPN, Inc.**<br>PO Box 434<br>Wray, CO 80758-0434 | | | | 10,000.00 |
| **Ison Oil Company**<br>33753 US Highway 34<br>Otis, CO 80743-9532 | | | | 8,800.00 |
| **Ace Quality Farm & Ranch Center**<br>P.O. Box 185<br>700 E 8th Ave<br>Yuma, CO 80759 | | | | 6,638.04 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | |
|---|---:|
| **M&M Cooperative**<br>**P.O. Box 184**<br>**101 S Detroit St**<br>**Yuma, CO  80759** | **6,488.42** |
| **Xerox Capital Services, LLC**<br>**PO Box 7405**<br>**Pasadena, CA  91109-7405** | **5,696.82** |
| **Car Quest**<br>**PO Box 263**<br>**Yuma, CO  80759-0263** | **5,601.61** |
| **Harsh International Inc.**<br>**Sales Dept.**<br>**600 Oak Ave**<br>**Eaton, CO  80615-3404** | **5,581.24** |
| **Mason Ranch**<br>**13023 Cr 11**<br>**Merino, CO  80741** | **4,875.98** |
| **Citi**<br>**P.O. Box 6401**<br>**The Lakes, NV  88901-6401** | **4,852.11** |
| **South Platte Vet Supply**<br>**136 Right of Way Rd**<br>**Sterling, CO  80751-8461** | **4,823.98** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **July  2, 2010**     Signature: */s/ Roy E. Smith*

**Roy E. Smith, Partner**

(Print Name and Title)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only