# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

In re:

SMITH DAIRY
a General Partnership
EIN 84-0480980

Case Number

Chapter 11

Debtor.

## AFFIDAVIT OF ROY SMITH

The Affiant, Roy Smith, states and affirms the following under penalty of perjury:

1. My name is Roy Smith. I am a partner of Smith Dairy, the debtor in this proceeding. I am of legal age and am authorized to give this affidavit on behalf of the debtor.

2. The debtor is in the business of raising heifers and leasing milk cows to third parties. The debtor raises heifers until they are close to delivering their first calf, at which point the heifers are either sold or leased to third parties depending on milk prices, livestock prices, and other market variables. The debtor does not operate a milking barn. Accordingly, while the debtor's lease revenues are dependent to a certain extent on milk production and prices, the debtor does not receive income directly from the sale of milk or other dairy products.

3. More than half of the debtor's typical monthly income is derived from cow leases. The debtor's other significant sources of income include proceeds from the sales of calves, heifers and "off lease" cows, revenue from custom-feeding agreements with third parties who pay the debtor to raise their young stock, custom hauling, leasing out farmland, as well as receipt of government payments.

4. The debtor's operating expenses consist primarily of feed costs and the labor associated with caring for the young stock that populate the debtor's farm.

5. Based on the debtor's current inventory and market conditions, gross monthly income is approximately $40,000. After expenses, net income for the month of July will be only in the range of $1,000, but we project net income to increase to more than $5,000 in August and to more than $11,000 in September. Even after taking into account an $87,500 interest payment that we intend to make in October to the mortgage-holder on our real estate, we project net income from the petition date through December 31, 2010, of approximately $58,000.

953455.1

6. Attached to this Affidavit is a cash-flow projection that the debtor has prepared in consultation with its consultant, Ron Nolde. The debtor's income and expense as reflected in the attachment represent our best and good-faith estimates.

7. The debtor has an immediate need to spend cash for the purpose of feeding and otherwise caring for the livestock in our possession. If the debtor were not granted the authority to spend cash as depicted in the attached cash-flow projection, the health of the livestock would be impaired within a matter of days, and the impact on our livestock could be severe and irreparable within a short time thereafter.

DATED this ___th day of July, 2010.

/s/ Roy Smith
ROY SMITH

STATE OF COLORADO   )
                    ) ss
COUNTY OF Yuma      )

The foregoing instrument was sworn before me this 2nd day of July, 2010, by Roy Smith as the Affiant concerning the above-captioned matter.

Witness my hand and official seal.

My commission expires: 3/26/11

/s/ Kati Glanz
NOTARY PUBLIC



2

953455.1

Smith Dairy
Projection
For year July 2010 through June 2011

| | JULY 2010 | AUG 2010 | SEPT 2010 | OCT 2010 | NOV 2010 | DEC 2010 | JAN 2011 | FEB 2011 | MAR 2011 | APR 2011 | MAY 2011 | JUNE 2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected |
| Livestock Sales-Cull Cows | 6,114.67 | 6,128.96 | 6,143.06 | 6,156.98 | 6,170.71 | 6,184.26 | 6,279.06 | 6,338.59 | 8,097.88 | 8,142.92 | 8,187.20 | 8,230.75 |
| Livestock Sales-Bull Calves | 5,321.31 | 5,333.74 | 5,346.02 | 5,358.13 | 5,370.08 | 5,381.87 | 5,464.37 | 5,516.18 | 5,567.30 | 5,598.26 | 5,628.70 | 5,658.64 |
| Livestock Sales Heifers | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Government Payments | | | | | | | | | | | | |
| Custom Heifer Raising | 5,890.00 | 5,890.00 | 5,700.00 | 5,890.00 | 5,700.00 | 5,890.00 | 5,890.00 | 5,320.00 | 5,890.00 | 5,700.00 | 5,890.00 | 5,700.00 |
| Rented Cows | 20,898.23 | 24,438.25 | 27,993.69 | 28,057.10 | 28,119.69 | 28,181.44 | 28,613.44 | 28,884.70 | 29,152.38 | 29,314.51 | 29,473.94 | 29,630.70 |
| Manure hauling | | | | | | | | 7,800.00 | | | | |
| Land lease | 0.00 | 0.00 | 0.00 | 89,085.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60,000.00 | |
| Miscellaneous Income | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| Custom Hire Truck | 1,000.00 | 1,000.00 | 1,000.00 | 12,375.00 | 12,375.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| Heritage Dairy collection of back | | | | | | | | | | | | |
| Total Revenues | 39,724.20 | 43,290.95 | 46,682.76 | 147,422.46 | 66,035.47 | 54,937.58 | 55,546.88 | 55,359.46 | 50,207.56 | 50,255.69 | 110,679.84 | 50,720.10 |
| | | | | | | | | | | | | |
| Gross Profit | 39,724.20 | 43,290.95 | 46,682.76 | 147,422.46 | 66,035.47 | 54,937.58 | 55,546.88 | 55,359.46 | 50,207.56 | 50,255.69 | 110,679.84 | 50,720.10 |
| | | | | | | | | | | | | |
| Expenses | | | | | | | | | | | | |
| Bank Charges | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 |
| Employee Wages | 6,400.00 | 5,300.00 | 5,300.00 | 5,300.00 | 5,300.00 | 5,300.00 | 5,300.00 | 5,300.00 | 5,300.00 | 5,300.00 | 5,300.00 | 5,300.00 |
| Employee Taxes | 489.60 | 405.45 | 405.45 | 405.45 | 405.45 | 405.45 | 405.45 | 405.45 | 405.45 | 405.45 | 405.45 | 405.45 |
| Owner Draws | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 |
| Workman's Comp | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 |
| Feed | 18,654.76 | 19,398.12 | 16,194.99 | 20,894.85 | 20,949.82 | 18,994.68 | 23,183.77 | 21,656.69 | 21,068.89 | 24,181.90 | 25,499.80 | 21,875.19 |
| Fuel Diesel | 1,750.00 | 1,750.00 | 1,750.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 |
| Fuel Gas | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 |
| Oil & Tires | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 |
| Insurance Farm | 1,830.00 | 1,830.00 | 1,830.00 | 1,830.00 | 1,830.00 | 1,830.00 | 1,830.00 | 1,830.00 | 1,830.00 | 1,830.00 | 1,830.00 | 1,830.00 |
| Insurance Life | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Interest Exp Short Loans | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Interest Exp LT Debt | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| License Plates | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Vet & Medicine | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 |
| Breeding Cost | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 |
| | | | | | | | | | | | | |
| Office Supplies | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 |
| Professional Fees Accounting | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 |
| Rent Land | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Maintenance Equip | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 |
| Repairs Pasture Irr etc | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| Repairs Equipment | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| Supplies | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 |

Smith Dairy
Projection
For year July 2010 through June 2011

| | JULY 2010 | AUG 2010 | SEPT 2010 | OCT 2010 | NOV 2010 | DEC 2010 | JAN 2011 | FEB 2011 | MAR 2011 | APR 2011 | MAY 2011 | JUNE 2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Utilities | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 |
| Miscellaneous Expense | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 |
| RE Taxes | 0.00 | 0.00 | 0.00 | 16,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Expenses | 38,699.36 | 38,258.57 | 35,055.44 | 58,505.30 | 42,060.27 | 40,105.13 | 44,294.22 | 42,767.14 | 39,929.34 | 43,042.35 | 44,360.25 | 40,735.64 |
| Net Income | 1,024.84 | 5,032.38 | 11,627.32 | 88,917.15 | 23,975.20 | 14,832.45 | 11,252.65 | 12,592.32 | 10,278.22 | 7,213.34 | 66,319.59 | 9,984.46 |
| Add Back Interest expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Owner Draws | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cash Available | 1,024.84 | 5,032.38 | 11,627.32 | 88,917.15 | 23,975.20 | 14,832.45 | 11,252.65 | 12,592.32 | 10,278.22 | 7,213.34 | 66,319.59 | 9,984.46 |
| | | | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| Cash Available | 1,024.84 | 5,032.38 | 11,627.32 | 88,917.15 | 23,975.20 | 14,832.45 | 11,252.65 | 12,592.32 | 10,278.22 | 7,213.34 | 66,319.59 | 9,984.46 |
| Debt service | | | | | | | | | | | | |
| Operating loan 1,000M @ 5% int only | | 0.00 | | | | | 4,167.00 | 4,167.00 | 4,167.00 | 4,167.00 | 4,167.00 | 4,167.00 |
| RE loan 1,750M @5% int only | | | | 87,500.00 | 0.00 | | | | | | | |
| IRS | | | | | | | | | | | | |
| State of Colo | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| Unsecureds | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,797.05 |
| Total Debt Service | 0.00 | 0.00 | 0.00 | 87,500.00 | 0.00 | 0.00 | 4,167.00 | 4,167.00 | 4,167.00 | 4,167.00 | 4,167.00 | 5,964.05 |
| Net After Operations & Prin pmts | 1,024.84 | 5,032.38 | 11,627.32 | 1,417.15 | 23,975.20 | 14,832.45 | 7,085.65 | 8,425.32 | 6,111.22 | 3,046.34 | 62,152.59 | 4,020.41 |
| Additional Cattle Purchased | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cash Balance | 1,024.84 | 5,032.38 | 11,627.32 | 1,417.15 | 23,975.20 | 14,832.45 | 7,085.65 | 8,425.32 | 6,111.22 | 3,046.34 | 62,152.59 | 4,020.41 |
| Accumulated Cash Position | $2,000.00 | $7,032.38 | $18,659.70 | $20,076.85 | $44,052.05 | $58,884.50 | $65,970.16 | $74,395.48 | $80,506.70 | $83,553.04 | $145,705.63 | $149,726.04 |
| Replacements needed | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 11 | 13 | 14 | 14 | 14 |
| Heifers Sold | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cows Leased Out | 774 | 776 | 778 | 779 | 781 | 783 | 795 | 802 | 810 | 814 | 819 | 823 |
| Days in month | 31 | 31 | 30 | 31 | 30 | 31 | 31 | 28 | 31 | 30 | 31 | 30 |
| Own Cows | 774 | 776 | 778 | 779 | 781 | 783 | 795 | 802 | 810 | 814 | 819 | 823 |
| Own Heifers raised | 356 | 373 | 390 | 407 | 424 | 441 | 458 | 476 | 491 | 506 | 521 | 536 |
| Custom Heifers Raised HD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Custom Heifers Raised Others | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| Own Steer calves raised | 91 | 96 | 101 | 106 | 111 | 116 | 121 | 127 | 127 | 127 | 127 | 127 |

Smith Dairy
Projection
For year July 2010 through June 2011

| | | | | JULY 2010 | AUG 2010 | SEPT 2010 | OCT 2010 | NOV 2010 | DEC 2010 | JAN 2011 | FEB 2011 | MAR 2011 | APR 2011 | MAY 2011 | JUNE 2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Collateral Position | | | | | | | | | | | | | | | |
| Accounts Receivable | | | | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 |
| Total Cash in Bank Accounts | | | | $2,000 | $7,032 | $18,660 | $20,077 | $44,052 | $58,885 | $65,970 | $74,395 | $80,507 | $83,553 | $145,706 | $149,726 |
| Growing Crops | Acres | | | | | | | | | | | | | | |
| Value | | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Feed Inventory | | | | | | | | | | | | | | | |
| Sorghum  Market Value | Ton/Ac | | | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 |
| Value | | | | $975 | $975 | $975 | $975 | $975 | $975 | $975 | $975 | $975 | $975 | $975 | $975 |
| Hay  Market  Value | Ton/Ac | | | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| Value | | | | $240 | $240 | $240 | $240 | $240 | $240 | $240 | $240 | $240 | $240 | $240 | $240 |
| Distillers  Market Value | Ton | | | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| Value | | | | $417 | $417 | $417 | $417 | $417 | $417 | $417 | $417 | $417 | $417 | $417 | $417 |
| Supplement  Market  Value | | | | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 |
| Value | | | | $388 | $388 | $388 | $388 | $388 | $388 | $388 | $388 | $388 | $388 | $388 | $388 |
| Calf Grain, Milk Replacer | | | | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 |
| Other Corn Stalks and Straw | | | | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 |
| Market Value | Ton | | | | | | | | | | | | | | |
| Value | | | | | | | | | | | | | | | |
| Total Feed or growing Crop Value | | | | $4,820 | $4,820 | $4,820 | $4,820 | $4,820 | $4,820 | $4,820 | $4,820 | $4,820 | $4,820 | $4,820 | $4,820 |
| Drug Inv and Semen | | | | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 |
| Cattle Information | Value | | | | | | | | | | | | | | |
| | Age per hd | | # Head | # Head | # Head | # Head | # Head | # Head | # Head | # Head | # Head | # Head | # Head | # Head | # Head |
| Heifers at  Cow ls dairy 0-1 m | $150 | | 36 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 |
| Heifers At Smith Feedlot  0-1 mo | $150 | | 22 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| 1-2 mo | $175 | | 30 | 58 | 28 | 28 | 28 | 28 | 28 | 28 | 28 | 28 | 28 | 28 |
| 5-12 mo | $450 | | 128 | 135 | 170 | 175 | 180 | 189 | 186 | 190 | 197 | 206 | 213 | 232 |
| 12-14 mo | $700 | | 36 | 36 | 42 | 48 | 54 | 56 | 58 | 60 | 62 | 64 | 66 | 68 |
| 14-20 mo | $850 | | 80 | 80 | 86 | 92 | 98 | 104 | 110 | 116 | 122 | 126 | 126 | 126 |
| 20-22 mo | $1,050 | | 12 | 24 | 24 | 24 | 24 | 24 | 36 | 36 | 36 | 36 | 36 | 36 |
| Springer | $1,200 | | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 18 | 18 | 18 | 18 | 18 |
| Bull Calves at cow ls dairy 0-1 m | $65 | | 36 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 |
| Bull At Smith Feedlot   0-1 m | $65 | | 15 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| 1-2 mo | $100 | | 22 | 51 | 28 | 28 | 28 | 28 | 28 | 28 | 28 | 28 | 28 | 28 |
| 2-4 mo | $250 | | 18 | 17 | 45 | 50 | 55 | 60 | 65 | 71 | 71 | 71 | 71 | 71 |
| Mature Bulls | $900 | | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| Cows at Cow lease dairies | $750 | | 764 | 766 | 768 | 769 | 771 | 783 | 785 | 792 | 796 | 800 | 805 | 809 |
| Cull Cows at Cow lease dairies | $600 | | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 14 | 14 | 14 |
| Total Number of Cattle | | | 1,227 | 1,251 | 1,275 | 1,298 | 1,322 | 1,356 | 1,380 | 1,411 | 1,434 | 1,453 | 1,467 | 1,492 |
| Total Value of Cattle | | | $786,165 | $804,970 | $830,970 | $844,520 | $858,820 | $879,620 | $900,120 | $922,370 | $937,420 | $949,270 | $957,570 | $970,520 |
| Total Cash Collateral Position | | | $798,985 | $822,822 | $860,450 | $875,417 | $913,692 | $949,325 | $976,910 | $1,007,585 | $1,028,747 | $1,043,643 | $1,114,096 | $1,131,066 |