UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re<br><br>SMITH DAIRY,<br>a General Partnership<br>EIN XX-XXX0980,<br><br>Debtor. | Case No. 10-26703-EEB<br>Chapter 11 |

### THIRD STIPULATED INTERIM ORDER AUTHORIZING DEBTOR'S USE OF CASH COLLATERAL

This matter comes before the Court on the motion of Smith Dairy, as debtor in possession ("Debtor"), for a final order authorizing the Debtor to use Cash Collateral (as defined herein) for the purpose of funding its day-to-day business operations.

The Court, having reviewed the Motion and being advised that the Debtor and Colorado Community Bank have reached agreement on the Debtor's further use of cash collateral, does hereby ORDER as follows:

1. The term "Cash Collateral," as used in this Order, shall mean all cash, negotiable instruments, and accounts receivable of the Debtor, whether existing before or after the date of the Debtor's bankruptcy petition, including, without limitation, the proceeds of cow leases, livestock sales, and custom-feeding arrangements.

2. The Debtor may use Cash Collateral for the purpose of funding the day-to-day operation of its business in substantial accordance with the budget attached as <u>Exhibit 1</u> to this Order. The Debtor may make minor changes to the budget as necessitated by market fluctuations in price, and as the Debtor reasonably deems necessary for the purpose of operating its business without impairing any claimed security interests of interested parties.

3. Adequate protection will be given in favor of Colorado Community Bank ("Prepetition Lender") as follows: Prepetition Lender will have replacement liens against all assets of the Debtor, excepting only causes of action under Chapter 5 of the Bankruptcy Code, if any, to the same extent, validity, priority, and value of Prepetition Lender's prepetition liens. In addition, the Debtor will provide Prepetition Lender with the following information:

   a. By 5:00 p.m. commencing on Tuesday, September 28, 2010, and by 5:00 p.m. each subsequent Tuesday thereafter, unless and until the Court orders otherwise, the Debtor will provide Prepetition Lender the following information covering the week concluding on the preceding Friday: (i) a list of all receipts and disbursements, including the sources of the receipts, the recipient and the purpose of the

disbursements. If any disbursement is split between two or more accounts, the Debtor must identify the subject accounts and the respective amount to be applied to each account; (ii) a list of all custom feed contracts and cow leases entered into or terminated; (iii) a summary of all barter or other non-cash transactions entered into by the Debtor; and (iv) a report identifying any collateral disposed of, the consideration received for each separate item, and if the collateral is cattle, the approximate weight of each cow sold.

b. Beginning on September 28, 2010, and continuing on the 20th day of each subsequent month thereafter, unless and until the Court orders otherwise, the Debtor will deliver a report to Prepetition Lender identifying all live births, specifying the gender and type of cattle born, current through the last day of the immediately preceding month ("Monthly Live Birth Report").

c. Beginning on September 28, 2010, and continuing on the 20th day of each subsequent month thereafter, unless and until the Court orders otherwise, the Debtor will deliver a cattle inventory report ("Monthly Cattle Inventory Report") to Prepetition Lender identifying the number of cattle that the Debtor currently owns, the number of cattle that the Debtor is currently leasing, and the number of cattle that the Debtor is currently custom-feeding current through the last day of the immediately preceding month. Each such inventory must also identify the type, number, weight, age and location of the cattle identified.

d. Beginning on September 28, 2010, and continuing on the 20th day of each subsequent month thereafter, unless and until the Court orders otherwise, the Debtor will deliver a report stating the amount of funds earned by the Debtor from all cow leases to which the Debtor is a party ("Monthly Cow Lease Report"). The Monthly Cow Lease Report will identify all funds earned by the Debtor pursuant to its cow leases, and will identify each dairy from which the Debtor received those funds. Each Monthly Cow Lease Report will be current through the last day of the immediately preceding month.

e. Beginning in the 4th quarter of 2010, and continuing each subsequent quarter thereafter, unless and until the Court orders otherwise, Prepetition Lender, at its discretion, will have the ability to inspect Smith Dairy once each quarter. Each quarterly inspection must be scheduled at least two weeks in advance so that the Debtor may coordinate with the herd managers at its five separate locations. When the quarterly inspection is scheduled, Prepetition Lender will inform Smith Dairy what items/areas that it plans to inspect, who will be attending the inspection on behalf of Prepetition Lender, and the estimated period of time (hours or days) that Prepetition Lender anticipates that the inspection will last. An equal number of representatives for Prepetition Lender and the Debtor will be permitted at each quarterly inspection. Further, 48 hours before each scheduled quarterly inspection, the Debtor will provide an inventory to Prepetition Lender, which will be the most recent Monthly Cattle Inventory Report (described in paragraph 3(c) above), together with a good-faith estimate of all information

required to be contained in the Monthly Cattle Inventory Reports for the time period subsequent to the end of the immediately preceding month.

4. If the Debtor's cash-flow projections change materially, the Debtor will promptly provide Prepetition Lender with an updated budget. If Prepetition Lender believes the revisions to the budget would have a materially adverse impact on the value of its collateral, then the parties will attempt in good faith to resolve any issues between them. In the absence of a consensual resolution, Prepetition Lender may move to terminate or modify the Debtor's use of cash collateral, in which case the Court will determine the motion in accordance with applicable standards under Section 363 of the Bankruptcy Code.

5. Subject to the provisions of paragraph 4, the authority granted by this Order will continue until November 22, 2010, and thereafter unless and until Prepetition Lender files a written objection to the Debtor's continued use of Cash Collateral. If Prepetition Lender files an objection in accordance with this paragraph, then the Court will set a hearing on the issue of whether and under what terms the Debtor may continue to use Cash Collateral, which determination will be made in accordance with applicable standards under Section 363 of the Bankruptcy Code, and the authority conferred by this Order will extend until the date of such hearing.

Dated: September 23, 2010.

BY THE COURT:

*Elizabeth E. Brown*
_____
United States Bankruptcy Judge

AGREED AS TO FORM:

/s/ David P. Hutchinson
David P. Hutchinson, Atty. Reg. No. 18914
Otten Johnson Robinson Neff & Ragonetti
950 17th Street
Suite 1600
Denver, CO 80202

*Counsel for the Debtor*

/s/ Jaime S. Dibble
Joseph A. Murr, Atty. Reg. No. 14427
Jaime S. Dibble, Atty. Reg. No. 42193
Bloom Murr & Accomazzo, P.C.
410 17th Street, Suite 2400
Denver, Colorado 80202

*Counsel for Colorado Community Bank*

Smith Dairy
Projection
For year Oct 2010 through Dec 2010

|  | | OCT 2010 | NOV 2010 | DEC 2010 |
|---|---|---|---|---|
| Revenues | | Projected | Projected | Projected |
| Livestock Sales-Cull Cows | | 4,815.23 | 4,834.57 | 4,853.69 |
| Livestock Sales-Bull Calves | | 5,556.03 | 5,578.34 | 5,600.41 |
| Livestock Sales Heifers | | 0.00 | 0.00 | 0.00 |
| Government Payments | | | | |
| Custom Heifer Raising | | 11,508.75 | 11,137.50 | 11,508.75 |
| Rented Cows | | 29,093.42 | 29,210.24 | 29,325.80 |
| Manure hauling | | | 10,000.00 | 10,000.00 |
| Land lease | | 89,085.25 | 0.00 | 0.00 |
| Miscellaneous Income | | 500.00 | 500.00 | 500.00 |
| Custom Hire Truck | | 12,375.00 | 12,375.00 | 1,000.00 |
| Heritage Dairy collection of back | | | | |
| Total Revenues | | 152,933.68 | 73,635.65 | 62,788.65 |
| | | | | |
| Gross Profit | | 152,933.68 | 73,635.65 | 62,788.65 |
| | | | | |
| Expenses | | | | |
| Bank Charges | | 40.00 | 40.00 | 40.00 |
| Employee Wages | | 10,000.00 | 10,000.00 | 10,000.00 |
| Employee Taxes | | 765.00 | 765.00 | 765.00 |
| Owner Draws | | 3,000.00 | 3,000.00 | 3,000.00 |
| Workman's Comp | | 300.00 | 300.00 | 300.00 |
| Feed | | 22,660.24 | 22,576.36 | 24,000.20 |
| Fuel Diesel | | 4,000.00 | 4,000.00 | 4,000.00 |
| Fuel Gas | | 600.00 | 600.00 | 600.00 |
| Oil & Tires | | 50.00 | 50.00 | 50.00 |
| Insurance Farm | | 1,830.00 | 1,830.00 | 1,830.00 |
| Insurance Life | | 0.00 | 0.00 | 0.00 |
| Interest Exp Short Loans | | 0.00 | 0.00 | 0.00 |
| Interest Exp LT Debt | | 0.00 | 0.00 | 0.00 |
| License Plates | | 0.00 | 0.00 | 200.00 |
| Vet & Medicine | | 350.00 | 350.00 | 350.00 |
| Breeding Cost | | 150.00 | 150.00 | 150.00 |
| | | | | |
| Office Supplies | | 40.00 | 40.00 | 40.00 |
| Professional Fees Accounting | | 2,000.00 | 2,000.00 | 2,000.00 |
| Rent Land | | 0.00 | 0.00 | 0.00 |
| Maintenance Equip | | 250.00 | 250.00 | 250.00 |
| Repairs Pasture Irr etc | | 1,000.00 | 1,000.00 | 1,000.00 |
| Repairs Equipment | | 1,000.00 | 1,000.00 | 1,000.00 |

Smith Dairy
Projection
For year Oct 2010 through Dec 2010

|  | OCT 2010 | NOV 2010 | DEC 2010 |
|---|---|---|---|
| Supplies | 75.00 | 75.00 | 75.00 |
| Utilities | 1,200.00 | 1,200.00 | 1,200.00 |
| Miscellaneous Expense | 20.00 | 20.00 | 20.00 |
| RE Taxes | 17,065.00 | 0.00 | 0.00 |
| Trustee Expense |  | 975.00 |  |
|  | 0.00 | 0.00 | 0.00 |
| Total Expenses | 66,395.24 | 50,221.36 | 50,870.20 |
| Net Income | 86,538.44 | 23,414.29 | 11,918.44 |
|  |  |  |  |
| Add Back Interest expense | 0.00 | 0.00 | 0.00 |
| Owner Draws | 0.00 | 0.00 | 0.00 |
| Cash Available | 86,538.44 | 23,414.29 | 11,918.44 |
|  |  |  |  |
| Cash Available | 86,538.44 | 23,414.29 | 11,918.44 |
| Debt service |  |  |  |
| Op In |  |  |  |
| RE loan |  |  |  |
| IRS |  |  |  |
|  | 0.00 | 0.00 | 0.00 |
| Unsecureds | 0.00 | 0.00 | 0.00 |
| Total Debt Service | 0.00 | 0.00 | 0.00 |
| Net After Operations & Prin pmts | 86,538.44 | 23,414.29 | 11,918.44 |
| Additional Cattle Purchased | 0.00 | 0.00 | 0.00 |
|  | 0.00 | 0.00 | 0.00 |
| Cash Balance | 86,538.44 | 23,414.29 | 11,918.44 |
| Accumulated Cash Position | $96,734.83 | $120,149.13 | $132,067.57 |
| Replacements needed | 9 | 9 | 9 |
| Heifers Sold | 0 | 0 | 0 |
| Cows Leased Out | 808 | 811 | 815 |
| Days in month | 31 | 30 | 31 |
| Own Cows | 808 | 811 | 815 |
| Own Heifers raised | 308 | 327 | 347 |
| Custom Heifers Raised HD | 0 | 0 | 0 |
| Custom Heifers Raised Others | 225 | 225 | 225 |
| Own Steer calves raised | 132 | 132 | 132 |

pr Oct Dec 092110smi.xls

2

Smith Dairy
Projection
For year Oct 2010 through Dec 2010

|  |  | OCT 2010 | NOV 2010 | DEC 2010 |
|---|---|---|---|---|
| Cash Collateral Position |  |  |  |  |
| Accounts Receivable |  | $5,000 | $5,000 | $5,000 |
| Total Cash in Bank Accounts |  | $96,735 | $120,149 | $132,068 |
| Growing Crops | Acres |  |  |  |
| Value |  | $0 | $0 | $0 |
| Feed Inventory |  |  |  |  |
| Sorgham   Market Value | Ton/A | 15 | 15 | 15 |
| Value |  | $975 | $975 | $975 |
| Hay    Market  Value |  | 3 | 3 | 3 |
| Value |  | $240 | $240 | $240 |
| Distillers   Market Value | Ton | 3 | 3 | 3 |
| Value |  | $417 | $417 | $417 |
| Supplement   Market Value |  | 0.8 | 0.8 | 0.8 |
| Value |  | $388 | $388 | $388 |
| Calf Grain, Milk Replacer |  | $2,500 | $2,500 | $2,500 |
| Other Corn Stalks and Straw |  | $300 | $300 | $300 |
| Market  Value | Ton |  |  |  |
| Value |  |  |  |  |
| Total Feed or growing Crop Value |  | $4,820 | $4,820 | $4,820 |
| Drug Inv and Semen |  | $1,000 | $1,000 | $1,000 |
| Cattle Information | Value |  |  |  |
| Age | per hd | # Head | # Head | # Head |
| Heifers at   Cow ls dairy 0-1 mo | $150 | 18 | 18 | 18 |
| Heifers At Smith Feedlot  0-1 mo | $150 | 12 | 12 | 12 |
| 1-2 mo | $175 | 30 | 30 | 30 |
| 5-12 mo | $500 | 122 | 137 | 145 |
| 12-14 mo | $800 | 28 | 30 | 38 |
| 14-20  mo | $900 | 62 | 64 | 68 |
| 20-22 mo | $1,000 | 24 | 24 | 24 |
| Springer | $1,050 | 12 | 12 | 12 |
| Bull Calves at cow ls dairy  0-1 m | $55 | 36 | 36 | 36 |
| Bull At Smith Feedlot       0-1 r | $55 | 35 | 35 | 35 |
| 1-2 mo | $90 | 36 | 36 | 36 |
| 2-4 mo | $240 | 25 | 25 | 25 |
| Mature Bulls | $900 | 5 | 5 | 5 |
| Cows at Cow  lease dairies | $805 | 798 | 801 | 805 |
| Cull Cows at Cow lease dairies | $400 | 10 | 10 | 10 |
| Total Number of Cattle |  | 1,253 | 1,275 | 1,299 |
| Total Value of Cattle |  | $849,706 | $863,218 | $879,802 |

pr Oct Dec 092110smi.xls    3

Smith Dairy
Projection
For year Oct 2010 through Dec 2010

|  |  | OCT 2010 | NOV 2010 | DEC 2010 |
|---|---|---|---|---|
| Total Cash Collateral Position |  | $957,261 | $994,188 | $1,022,690 |